**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
United States Attorney

*Kyle M. Herda, Esq.*
*Assistant United States Attorney*

970 Broad Street, Suite 700
Newark, NJ 07102
Kyle.herda@usdoj.gov

main: (973) 297-2024
direct: (973) 297-2053

November 23, 2026

**BY ECF**
Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07102

**Re: *Dore v. Blanche, et al.*, No. 26-14885 (BRM)**
**Petitioner's Bond Hearing**

Dear Judge Martinotti:

This Office represents Respondents in this habeas matter brought by a noncitizen challenging the legality of his detention by U.S. Immigration and Custom Enforcement ("ICE"). We respectfully write pursuant to the Court's November 18, 2026 Order, ECF No. 3, to confirm that Petitioner was provided the opportunity for a bond hearing on November 23, 2026. The immigration judge granted a request by Petitioner for a continuance and rescheduled the hearing to December 1, 2026. Respondents respectfully request leave of the Court to file an update regarding the bond hearing outcome on December 2, 2026. We thank the Court for its attention to this matter.

SO ORDERED.

BRIAN R. MARTINOTTI, USDJ
DATED: NOVEMBER 24, 2026

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: <u>s/ Kyle M. Herda</u>
Kyle M. Herda
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of Record (by ECF)